1  MICHAEL COSENTINO State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3
   Telephone:   (510) 523-4702
4  Facsimile:   (510) 747-1640

5  Attorney for Plaintiff
   United States of America
6

7

8           IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 **UNITED STATES OF AMERICA**,
                                    Case No. **C01-2043 M**
12                 Plaintiff,

13              v.

14 **DANIEL T. WILSON**
   **aka DANIEL WILSON**,
15                                  **WRIT OF CONTINUING**
                 Defendant,          **GARNISHMENT**
16
                 and
17
   **CITY AND COUNTY**
18 **OF SAN FRANCISCO**,

19                 Garnishee.
   _____/
20

21 TO:    Payroll Department
          CITY AND COUNTY OF SAN FRANCISCO
22        One South Van Ness, 4th Floor
          San Francisco, CA 94103
23

24      YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF

25 THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

26 YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

27 JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

28      The name, SSN XXX-XX-1397, and last known address of the person who is

1 | the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

2 | is subject to this Writ are as follows:

3 | DANIEL T. WILSON aka DANIEL WILSON
P.O. Box 866
4 | Mariposa, CA 95338-0866

5 | This Writ has been issued at the request of the United States of America to

6 | enforce the collection of a civil judgment entered in favor of the United States against

7 | the debtor for a defaulted student loan in the amount of $5,468.18.  There is a balance

8 | of $8,248.00 due on the judgment, which amount includes costs and interest

9 | computed through August 20, 2015.

10 | The following are the steps that you must take to comply with this Writ.  If you

11 | have any questions, you should consult with your attorney.

12 | 1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,

13 | or possession any property of the debtor, including wages, salary, or commissions, in

14 | which the debtor has a substantial nonexempt interest, or if you obtain custody,

15 | control, or possession of such property while this Writ is in effect, you must

16 | immediately withhold such property from the debtor and retain it in your possession

17 | until you receive instructions from the Court which will tell you what to do with the

18 | property.  The United States has requested that the sum of 25% of the debtor's

19 | disposable earnings, which under California law represents the nonexempt portion of

20 | the debtor's earnings, be withheld from the defendant's earnings.

21 | 2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ

22 | within 10 days after service of this Writ upon you.  You must answer the Writ even if

23 | you do not have in your custody, control, or possession any property of the debtor.

24 | Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following

25 | information:

26 | a.      Whether or not you have in your custody, control, or possession, any

27 | property owned by the debtor in which the debtor has a substantial

28 |

Writ of Continuing Garnishment cand C01-2043 M

1        nonexempt interest, including nonexempt, disposable earnings;

2    b.    a description of such property and the value of such property;

3    c.    a description of any previous garnishments to which such property is

4        subject and the extent to which any remaining property is not exempt;

5        and

6    d.    the amount of the funds you anticipate owing to the debtor in the future

7        and whether the period for payment will be weekly or another specified

8        period.

9 For your convenience, a form which addresses the above-requested information is

10 attached and may be used to Answer the Writ.

11        3.  After you complete the answer under oath, pursuant to 28 U.S.C. §

12 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

13 must mail or deliver the original Answer bearing the original signature of the person

14 preparing the answer to the Court at the following address:

15        Civil Clerk, United States District Court
         450 Golden Gate Avenue, 16th Floor
16       San Francisco, CA 94102

17 At the same time that you mail or deliver the original answer to the Court, you must

18 also mail or deliver a copy of the original Answer to both the debtor and attorney for

19 the United States at the following respective addresses:

20 DANIEL T. WILSON aka DANIEL WILSON
   P.O. Box 866
21 Mariposa, CA 95338-0866

22 Michael Cosentino, Attorney at Law
   P.O. Box 129
23 Alameda, CA 94501

24 Please note that the attached form Answer contains a certificate of service which

25 needs to be completed by the person mailing the copies of the answer to the debtor

26 and the attorney for the United States, and which needs to be filed along with the

27 Answer.

28

Writ of Continuing Garnishment cand C01-2043 M                                    3

1    **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

2    **IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE**

3    **COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO**

4    **ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH**

5    **THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO**

6    **APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY**

7    **WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR**

8    **THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY**

9    **(INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO**

10   **AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND**

11   **AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED**

12   **HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO**

13   **APPEAR.**

14
15   RICHARD W. WIEKING, Clerk
     United States District Court
16   for the Northern District of California



17   Dated: _____8/25/2015_____          By: _____

18                                           Deputy Clerk   Mark Romyn

19

20

21

22

23

24

25

26

27

28

Writ of Continuing Garnishment cand C01-2043 M                                    4

DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

     1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

     2. <u>Disposable earnings</u> are different from gross pay or take-home pay.  They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions.  Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

     To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

---

[1]Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand C01-2043 M

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. C01-2043 M |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL T. WILSON<br>aka DANIEL WILSON, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| CITY AND COUNTY<br>OF SAN FRANCISCO, | ) | **ANSWER OF GARNISHEE** |
| | ) | |
| Garnishee. | ) | |

I, _____, being first duly sworn, hereby state the following:

1.  I am the _____ (Official Title) of the Garnishee named in the above caption.  I am authorized to prepare this Answer on behalf of the Garnishee.

2.  The Garnishee was served with the Writ of Continuing Garnishment on _____ (date) in this action.

3.  The Garnishee currently has custody, control, or possession of earnings of the Defendant.  Yes____   No____

1    4. The Garnishee expects to obtain custody, control, or possession of earnings

2    of the Defendant in the foreseeable future.   Yes____   No____

3    5. For the pay period in effect on the date of service of this Writ of Continuing

4    Garnishment, the Garnishee states as follows:

5    a.    Defendant was in my/our employ.  Yes____   No____

6    b.    The Defendant's pay period is ____ weekly,   ____ bi-weekly,

7    ____ semi-monthly, ____ monthly.

8    c.    The Defendant's present pay period began on _____ (date). ("Present" means the pay period in which the Writ of Continuing

9    Garnishment was served.)

10    d.    The Defendant's present pay period ends on _____ (date).

11    e.    The Defendant's net wages are as calculated below:

12    (1) Gross Pay    $_____

13    (2) Federal income tax    $_____

14    (3) F.I.C.A. tax    $_____

15    (4) State income tax    $_____

16    (5) SDI    $_____

17    Total tax withholdings    $_____

18

19    Net Wages    $_____
(gross pay minus above withheld taxes)

20    6. Are there any other garnishments currently in effect?  Yes ____   No ____

21    If the answers is yes, describe below and attach to this Answer a copy of each

22    garnishment:

23

24    _____

25    _____

26    _____

27    7. Will the Garnishee owe the Defendant money in the foreseeable future?

28    Yes ____   No____     If the answer is yes, provide the reason why such money will be

2

1  owed, the amount of money that will be owed, and the date or dates on which each

2  payment will be due:

3

4  Type of                                                                    Date Payment
   Payment                              Amount                                Will be Due

5  1._____          _____                          _____

6  2._____          _____                          _____

7  3._____          _____                          _____

8        8.  Does the Garnishee currently have custody, control or possession of property

9  (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the

10 Defendant maintains an interest?   Yes____   No____   If the answer is yes, then

11 provide the following information for each item of such property:

12

13 Description of                       Approximate                          Description of
   Property                             Value                                Defendant's Interest

14 1._____          _____                          _____

15 2._____          _____                          _____

16 3._____          _____                          _____

17 4._____          _____                          _____

18        9.  Does the Garnishee expect to obtain in the foreseeable future custody,

19 control or possession of property (other than earnings) such as bank accounts,

20 pensions, thrift plans, etc., in which the Defendant maintains an interest?   Yes____

21 No____   If the answer is yes, then provide the following information for each item of

22 such property:

23                                                                           Date Will
                                                                             Obtain
24 Description of        Approximate       Description of                    Property
   Property              Value             Defendant's Interest

25 1. _____       _____          _____                  _____

26 2. _____       _____          _____                  _____

27 3. _____       _____          _____                  _____

28 4. _____       _____          _____                  _____

3

10.  Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment?   Yes_____   No_____   If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

_____

_____

On behalf of CITY AND COUNTY OF SAN FRANCISCO, I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Telephone #_____

Fax #          _____

Dated: _____          By: _____

(Sign above and type or print name below)

4

<u>CERTIFICATE OF SERVICE</u>

I, _____, declare:

That I am a citizen of the United States and employed in the County of

_____, California; that my business address is

_____; that I am

over the age of eighteen years; and that I am not a party to the above-entitled action;

That on _____ (date), I deposited in the United States mail, in

envelopes bearing the requisite postage, a copy of:

**ANSWER OF GARNISHEE**

addressed to each of the following, at their last known addresses, at which place

there is service by United States mail.

DANIEL T. WILSON aka DANIEL WILSON
P.O. Box 866
Mariposa, CA 95338-0866

Michael Cosentino
Attorney at Law
P.O. Box 129
Alameda, CA 94501

This Certificate was executed on _____ (date),

at _____ (city), California.

I certify under penalty of perjury that the foregoing is true and correct.


_____

(sign above and type or print name
below)